District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEIJIN DENG, KAAN GOKSAL, NAOYUKI KANDA, SEO YEONG KIM, SEUNG WOO SON, EROMOSELE UDUEBHO, MAI THANH DUC LE, RAFAEL ANGELO AMADEI REQUENA,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency, UR MENDOZA JADDOU,<br><br>Defendants. | Case No. 2:22-cv-00608-MJP<br><br>STIPULATION FOR EXTENSION OF TIME<br><br>Note on Motion Calendar:<br>July 5, 2022 |

Plaintiffs and Federal Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move for an extension of 30 days for Defendants to respond to the Complaint. Defendants answer or response to the complaint is currently set for July 8, 2022. The Court has also set initial scheduling dates and the parties recently notified the Court that they agreed this matter is exempt from the requirements of Federal Rule of Civil Procedure 26(a) and 26(f).

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*,

STIPULATION FOR EXTENSION OF TIME
2:22-cv-00608-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

784 F.2d 910, 912 (9th Cir. 1986). The parties are currently attempting to resolve this matter and a significant number of issues are now moot. Therefore, the parties believe good cause exists for a brief stay to resolve this matter and to save the Court and the parties from spending unnecessary time and resources on it.

In light of the above, the parties jointly stipulate and request that the Court:

1. Extend Defendants' time to respond to Plaintiffs' Complaint to August 5, 2022.

2. Stay all other initial scheduling dates.

Stipulated to and presented this 5th day of July 2022.

| FOX ROTHSCHILD, LLP | NICHOLAS W. BROWN |
| --- | --- |
| | United States Attorney |
| *s/ Al Roundtree* | *s/ Nickolas Bohl* |
| AL ROUNDTREE, WSBA #54851 | NICKOLAS BOHL WSBA #48978 |
| 1001 Fourth Avenue, Suite 4400 | Assistant United States Attorney |
| Seattle, Washington 98154 | United States Attorney's Office |
| Phone: 206-624-3600 | 700 Stewart Street, Suite 5220 |
| Fax: 206-389-1708 | Seattle, Washington 98101-1271 |
| Email: ARoundtree@foxrothschild.com | Phone:  206-553-7970 |
| | Fax:  206-553-4067 |
| *Counsel for Plaintiffs* | Email:  nickolas.bohl@usdoj.gov |
| | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | *Counsel for Defendants* |
| | |
| *s/Carl W. Hampe* | |
| CARL W. HAMPE, DC Bar #440475 | |
| *Pro Hac Vice* | |
| | |
| *s/Daniel P. Pierce* | |
| DANIEL P. PIERCE, DC Bar #988836 | |
| *Pro Hac Vice* | |
| 1101 15th Street NW, Suite 700 | |
| Washington, DC 20005 | |
| Phone: 202-223-5513 | |
| Fax: 202-371-2898 | |
| Email: champe@fragomen.com | |
|         dpierce@fragomen.com | |
| | |
| *Counsel for Plaintiffs* | |

STIPULATION FOR EXTENSION OF TIME
2:22-cv-00608-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.

DATED this 7th day of July, 2022.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATION FOR EXTENSION OF TIME
2:22-cv-00608-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970